A CERTIFIED TRUE COPY

JUL 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG -8 PM 12: 51

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

8:06CV429

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### CONDITIONAL TRANSFER ORDER (CTO-73)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,014 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By: _____ D.C.

## SCHEDULE CTO-73 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

FLORIDA SOUTHERN
 FLS 0  06-60679              Nancy Shay v. Wyeth, et al.
 FLS 9  06-80531              Barbara Levinson v. Wyeth, et al.

KANSAS
 KS 2  06-2231                Ronda Hill v. Wyeth-Ayerst Co.

MASSACHUSETTS
 MA 1  06-10871               Elizabeth Hayes Locke, et al. v. Wyeth

MARYLAND
 MD 1  06-1511                Mary Verna Rosenberry v. Wyeth, et al.

MINNESOTA
 MN 0  06-1745                Gail Hughes, etc. v. Wyeth, et al.
 MN 0  06-1773                Suzanne Downs-Breo, et al. v. Wyeth, et al.
 MN 0  06-2227                Elaine Howard v. Wyeth, et al.
 MN 0  06-2248                Connie Jean Armstrong v. Wyeth, et al.
 MN 0  06-2258                Carole Cantwell v. Wyeth, et al.
 MN 0  06-2269                Nancy A. Frandsen v. Wyeth, et al.
 MN 0  06-2270                Linda J. Pyle v. Wyeth, et al.
 MN 0  06-2275                Betty M. Gordon v. Wyeth, et al.
 MN 0  06-2326                Caroline Joyce Suggs v. Wyeth, et al.
 MN 0  06-2396                Jo Ann Tracy v. Wyeth, et al.
 MN 0  06-2397                Barbara Roberts v. Wyeth, et al.
 MN 0  06-2398                Ron Perry, et al. v. Wyeth, et al.
 MN 0  06-2401                Joanne R. Walters v. Wyeth, et al.
 MN 0  06-2402                Carolyn Pollard v. Wyeth, et al.
 MN 0  06-2428                Janet Chapman, et al. v. Wyeth, et al.
 MN 0  06-2429                Betty Doxey v. Wyeth, et al.
 MN 0  06-2430                Shirley Gass, et al. v. Wyeth, et al.
 MN 0  06-2431                Bethann Graham, et al. v. Wyeth, et al.
 MN 0  06-2433                Julia A. Kissel, et al. v. Wyeth, et al.
 MN 0  06-2434                Doris Negron, et al. v. Wyeth, et al.
 MN 0  06-2435                Caroline Vanderbilt v. Wyeth, et al.
 MN 0  06-2437                Leona Zahalka v. Wyeth, et al.
 MN 0  06-2448                Diane Allen, et al. v. Wyeth, et al.
 MN 0  06-2473                Mary O'Kelley v. Wyeth, et al.
 MN 0  06-2478                Susan T. Booth v. Wyeth, et al.
 MN 0  06-2479                Christine Mann v. Wyeth, et al.
 MN 0  06-2482                Kay Dobbs v. Wyeth, et al.
 MN 0  06-2483                Mary Ann Himelwright v. Wyeth, et al.
 MN 0  06-2484                Suzanne M. Fowkes v. Wyeth, et al.
 MN 0  06-2485                Barbara J. Wright v. Wyeth, et al.
 MN 0  06-2487                Mary E. Cook v. Wyeth, et al.
 MN 0  06-2488                Kay Irwin v. Wyeth, et al.
 MN 0  06-2489                Mary Sharon Ennis v. Wyeth, et al.

SCHEDULE CTO-73 - TAG-ALONG ACTIONS    MDL-1507                          PAGE 2 OF 2

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| MN  0  06-2491 | Rose Thomas v. Wyeth, et al. |
| MN  0  06-2492 | Mildred Wright v. Wyeth, et al. |
| MN  0  06-2495 | Judy Christopherson v. Wyeth, et al. |
| MN  0  06-2548 | Sallie Thornton v. Wyeth, et al. |
| MN  0  06-2553 | Yvonne Storch v. Wyeth, et al. |
| MN  0  06-2555 | Marjorie Ritchie v. Wyeth, et al. |
| MN  0  06-2566 | Carolyn Applin v. Wyeth, et al. |
| MN  0  06-2575 | Marilyn Labelle v. Wyeth, et al. |

MISSISSIPPI SOUTHERN
| MSS 3  06-335 | Rosemary Ray v. Wyeth, et al. |
|---|---|
| MSS 3  06-336 | Elmer Jean Myers v. Wyeth, et al. |

NORTH DAKOTA
| ND  1  06-50 | Wanda Durain v. Wyeth Pharmaceuticals, Inc., et al. |
|---|---|

NEBRASKA
| NE  8  06-427 | Ruth Crosby, et al. v. Wyeth, Inc., et al. |
|---|---|
| NE  8  06-428 | Karen Griffin v. Wyeth, Inc., et al. |
| NE  8  06-429 | Deetta Dunkhas, et al. v. Wyeth, Inc., et al. |
| NE  8  06-430 | Laraine St. John, et al. v. Wyeth, Inc., et al. |

OKLAHOMA EASTERN
| OKE 6  06-219 | Verlita Meade v. Wyeth |
|---|---|

OREGON
| OR  6  06-6101 | Aileen P. Kaye v. Wyeth, et al. |
|---|---|

SOUTH CAROLINA
| SC  8  06-1717 | Ollie B. Lyles v. Wyeth, et al. |
|---|---|